FILED
March 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                            Plaintiff, )
v.                                    )
                                                    )
William Richard Wishon, )
                                                    )
                                                    )
                                     Defendant.

Case No. 3:06-cr-11 CMK

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release William Richard Wishon Case No. 3:06-cr-11 CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

            _X_    $25,000 Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond secured by Real Property

            ___    Corporate Surety Bail Bond

            _X_    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/28/06 at 2:50 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge