```
1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  WILLIAM RICHARD WISHON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 06-160 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| WILLIAM RICHARD WISHON, | ) | Date:  June 16, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTINE WATSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 12, 2006 be vacated and a new Status Conference date of June 16, 2006 at 9:00 a.m. be set.

   This continuance is requested to allow defense counsel time to prepare, obtain outstanding discovery from the government, confer with Mr. Wishon, and to conduct a factual investigation of the case.

   It is further stipulated and agreed between the parties that the period beginning May 12, 2006 through and including June 16, 2006

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 12, 2006                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Acting Federal Defender


                                       /s/ Linda Harter
                                       LINDA HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       WILLIAM RICHARD WISHON


Dated:  May 12, 2006                   MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Christine Watson
                                       CHRISTINE WATSON
                                       Assistant U.S. Attorney

**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  May 22, 2006


                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge