```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  WILLIAM RICHARD WISHON
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  No. CR-S-06-160 GEB
                                   )
12                 Plaintiff,      )
                                   )  STIPULATION AND [PROPOSED] ORDER
13       v.                        )
                                   )
14  WILLIAM RICHARD WISHON,        )  Date:  October 6, 2006
                                   )  Time:  9:00 a.m.
15                 Defendant.      )  Judge: Garland E. Burrell, Jr.
                                   )
16  _____  )
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, CAROLYN DELANEY, Executive Assistant United
20 States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief
21 Assistant Federal Defender, attorney for defendant, that the current
22 Status Conference date of September 22, 2006 be vacated and a new
23 Status Conference date of October 6, 2006 at 9:00 a.m. be set.
24      Counsel for the United States has provided a proposed plea
25 agreement to defense counsel and additional time is needed to review
26 the proposed agreement with Mr. Wishon and to continue discussions with
27 counsel for the government.
28      It is further stipulated and agreed between the parties that the

1  period beginning September 22, 2006 through and including October 6,
2  2006 should be excluded in computing the time within which the trial of
3  the above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

Dated: September 14, 2006            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Linda Harter
                                     LINDA HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     WILLIAM RICHARD WISHON

Dated: September 14, 2006            MCGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Carolyn Delaney
                                     CAROLYN DELANEY
                                     Executive Assistant U.S. Attorney

**ORDER**

    Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  September 15, 2006

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge