```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  WILLIAM RICHARD WISHON
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-06-160 GEB
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND [PROPOSED] ORDER
13       v.                      )
                                 )
14  WILLIAM RICHARD WISHON,      ) Date:  October 27, 2006
                                 ) Time:  9:00 a.m.
15            Defendant.         ) Judge: Garland E. Burrell, Jr.
                                 )
16  _____ )

17
```

18        IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAROLYN DELANEY, Executive Assistant United

20 States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief

21 Assistant Federal Defender, attorney for defendant, that the current

22 Status Conference date of October 6, 2006 be vacated and a new Status

23 Conference date of October 27, 2006 at 9:00 a.m. be set.

24        Counsel for the United States has provided a proposed plea

25 agreement to defense counsel which has been discussed with Mr. Wishon.

26 However, he is in the process of seeking a second opinion before he

27 renders a final decision for resolution of his case.

28        It is further stipulated and agreed between the parties that the

period beginning October 6, 2006 through and including October 27, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 5, 2006                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Linda Harter
                                      LINDA HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      WILLIAM RICHARD WISHON

Dated: October 5, 2006                MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Carolyn Delaney
                                      CAROLYN DELANEY
                                      Executive Assistant U.S. Attorney

ORDER

    Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 5, 2006


                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge