```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHARD WISHON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-160 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| WILLIAM RICHARD WISHON, | Date:  November 17, 2006 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Executive Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 27, 2006 be vacated and a new Status Conference date of November 17, 2006 at 9:00 a.m. be set.

Counsel for the United States has provided a proposed plea agreement to defense counsel, but, Mr. Wishon continues seeking a second opinion before he renders a final decision for resolution of his case.  Defense preparation is ongoing.

It is further stipulated and agreed between the parties that the

1  period beginning October 27, 2006 through and including November 17,
2  2006 should be excluded in computing the time within which the trial of
3  the above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

9  Dated: October 17, 2006            Respectfully submitted,

10                                    DANIEL J. BRODERICK
                                      Federal Defender
11

12                                    /s/ Linda Harter
                                      LINDA HARTER
13                                    Chief Assistant Federal Defender
                                      Attorney for Defendant
14                                    WILLIAM RICHARD WISHON

15
   Dated: October 17, 2006            MCGREGOR W. SCOTT
16                                    United States Attorney

17
                                      /s/ Carolyn Delaney
18                                    CAROLYN DELANEY
                                      Executive Assistant U.S. Attorney
19

20                                    ORDER

21      Based on the parties' stipulation and good cause appearing
22  therefrom, the Court hereby adopts the stipulation of the parties in
23  its entirety as its order.  The Court specifically finds that the ends
24  /////
25  /////
26  /////
27  /////
28  /////

Stip & Order/06-160-GEB              -2-

of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge