LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant
WILLIAM RICHARD WISHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>     v.<br><br>WILLIAM RICHARD WISHON<br>                        Defendant, | No.   CR. S- 06-160 GEB<br><br>[PROPOSED] ORDER CONTINUING THE STATUS HEARING OF NOVEMBER 17, 2006 AT 9:00 AM TO DECEMBER 15, 2006 AT 9:00 AM |

[PROPOSED] ORDER

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by granting of this continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: November 15, 2006

_____
GARLAND E. BURRELL, JR
United States District Court

/ / /

1