LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant
WILLIAM RICHARD WISHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM RICHARD WISHON<br>                Defendant, | No.   CR. S- 06-160 GEB<br><br>[PROPOSED] ORDER CONTINUING THE STATUS HEARING OF JANUARY 19, 2007 AT 9:00 AM TO FEBRUARY 9, 2007 AT 9:00 AM |

[PROPOSED] ORDER

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by granting of this continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

/ / /

1