LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant
WILLIAM RICHARD WISHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>       v.<br><br>WILLIAM RICHARD WISHON<br>                        Defendant, | No.   CR. S- 06-160 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS HEARING OF FEBRUARY 9, 2007 AT 9:00 AM TO MARCH 23, 2007 AT 9:00 AM |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Executive Assistant United States Attorney, Attorney for Plaintiff and CHRISTOPHER H. WING, attorney for defendant, that the current Status Conference date of February 9, 2007 be vacated and a new Status Conference date of March 23, 2007 at 9:00 am be set.

As the Court is aware, the government provided a proposed plea agreement to the Defendant through his previous attorney and present counsel needs further time to review the file and the proposed agreement, to obtain and review reports from expert witnesses that have been retained by the defense to determine the significance of United States v. Kuchinski, (9th Cir. 2006) 469 F. 3d 853 on the scoring of this offense.

/ / /

It is further stipulated and agreed that the period beginning February 9, 2007 through and including March 23, 2007 should be excluded in computing time witin which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act, for defense preparation.  All parties stipulate and agree that the Court may make a finding that this is an appropriate exclusion of time within the meaning of Title 18 U.S.C. Section 3161(h)(8)(B)(iv), Local Code T4 and that the ends of justice to be served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 5, 2007

Respectfully submitted,

/S/ Christopher H. Wing
Attorney for Defendant

Dated: February 5, 2007

McGREGOR W. SCOTT
United States Attorney

/S/ Carolyn Delaney
CAROLYN DELANEY
Executive Asst. U.S. Atty

[PROPOSED] ORDER

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by granting of this continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED

DATED:  February 6, 2007

_____
GARLAND E. BURRELL, JR
United States District Court

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2