```
McGREGOR W. SCOTT
United States Attorney
CAROLYN A. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-06-00160 GEB |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| WILLIAM R. WISHON, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant William R. Wishon, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)   a e-Machines computer tower bearing serial number QIV3B50600309.

2. That the above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 2252(a)(4)(B) or was used or

1

1 intended to be used to commit or to promote the commission of a
2 violation of 18 U.S.C. § 2252(a)(4)(B).
3     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4 designee) shall be authorized to seize the above-listed property.
5 The aforementioned property shall be seized and held by the United
6 States, in its secure custody and control.
7     4.  a.  Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
8 83-171, the United States forthwith shall publish at least once for
9 three successive weeks in the <u>Record Searchlight</u> (Shasta County), a
10 newspaper of general circulation located in the county in which the
11 above-listed property was seized, notice of this Order, notice of
12 the Attorney General's (or a designee's) intent to dispose of the
13 property in such manner as the Attorney General may direct, and
14 notice that any person, other than the defendant, having or claiming
15 a legal interest in the above-listed property must file a petition
16 with the Court within thirty (30) days of the final publication of
17 the notice or of receipt of actual notice, whichever is earlier.
18       b.  This notice shall state that the petition shall be for
19 a hearing to adjudicate the validity of the petitioner's alleged
20 interest in the property, shall be signed by the petitioner under
21 penalty of perjury, and shall set forth the nature and extent of the
22 petitioner's right, title or interest in the property and any
23 additional facts supporting the petitioner's claim and the relief
24 sought.
25       c.  The United States may also, to the extent practicable,
26 provide direct written notice to any person known to have alleged an
27 interest in the property that is the subject of the Order of
28 Forfeiture, as a substitute for published notice as to those persons

1  so notified.
2       5.  If a petition is timely filed, upon adjudication of all
3  third-party interests, if any, this Court will enter a Final Order
4  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
5  will be addressed.
6  Dated:  April 20, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge