LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant
WILLIAM RICHARD WISHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    v.<br><br>WILLIAM RICHARD WISHON<br>                    Defendant, | No.   CR. S- 06-160 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING TO AUGUST 31, 2007 AT 9:00 AM AND ESTABLISHING A SCHEDULE FOR THE REPORT OF THE PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Executive Assistant United States Attorney, Attorney for Plaintiff and CHRISTOPHER H. WING, attorney for defendant, that the current date for the Judgment and Sentence, June 29, 2007 at 9:00 am be vacated and a new Judgment and Sentence date of August 31, 2007 at 9:00 am be set.

//

//

//

//

//

//

///

1

It is further stipulated that the following schedule shall be adopted by the parties:

Draft PSR due July 20 ,2007;

Informal Objections due August 3, 2007

Final Report to the Court and Parties August 10, 2007

Formal Objections/Sentencing Memoranda August 17, 2007

Dated: May 17, 2007

Respectfully submitted,

/S/ Christopher H. Wing
Attorney for Defendant

Dated: May 17, 2007              McGREGOR W. SCOTT
                                 United States Attorney

/S/ Carolyn Delaney
CAROLYN DELANEY
Executive Asst. U.S. Atty

[PROPOSED] ORDER

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED

DATED: May 18, 2007

_____
GARLAND E. BURRELL, JR
United States District Court

///