McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     CR No. S-06-00160 GEB
                                )
          Plaintiff,            )     FINAL ORDER OF FORFEITURE
                                )
     v.                         )
                                )
WILLIAM R. WISHON,              )
                                )
          Defendant.            )
_____ )

     WHEREAS, on April 20, 2007, this Court entered a Preliminary

Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253

based upon the plea agreement entered into between plaintiff and

defendant William R. Wishon forfeiting to the United States the

following property:

               a)   a e-Machines computer tower bearing serial
                    number QIV3B50600309.

     AND WHEREAS, on April 26, May 3 and 10, 2007, the United States

published notice of the Court's Preliminary Order of Forfeiture in

the <u>Record Searchlight</u> (Shasta County), a newspaper of general

circulation located in the county in which the subject property was

seized.  Said published notice advised all third parties of their

1

1  right to petition the Court within thirty (30) days of the

2  publication date for a hearing to adjudicate the validity of their

3  alleged legal interest in the forfeited property;

4      AND WHEREAS, the Court has been advised that no third party has

5  filed a claim to the subject property, and the time for any person

6  or entity to file a claim has expired.

7      Accordingly, it is hereby ORDERED and ADJUDGED:

8      1.  A Final Order of Forfeiture shall be entered forfeiting to

9  the United States of America all right, title, and interest in the

10  above-listed property pursuant to 18 U.S.C. § 2253, to be disposed

11  of according to law, including all right, title, and interest of

12  William R. Wishon.

13      2.  All right, title, and interest in the above-listed property

14  shall vest solely in the United States of America.

15      3.  The United States shall maintain custody of and control

16  over the subject property until it is disposed of according to law.

17  Dated:  February 25, 2008

18

19  _____
    GARLAND E. BURRELL, JR.

20  United States District Judge

21

22

23

24

25

26

27

28